No. 01–10478. Young v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–10480. McMillon v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–10484. Montoya v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–10486. Anderson et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 01–10487. Hamilton v. Reed et al. C. A. 6th Cir. Certiorari denied.

No. 01–10491. Hawkins v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–10492. Cain v. United States. C. A. 10th Cir. Certiorari denied.

No. 01–10493. Guo v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–10495. Hall v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–10503. Andujar v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–10506. Parker v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–10507. Perez v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–10508. Molina-Navarrate v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–10511. Board v. United States. C. A. D. C. Cir. Certiorari denied.

No. 01–10512. Morales v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–10513. Eliecer Palacio v. United States. C. A. 11th Cir. Certiorari denied.